UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                    )        Case No. CR 25 – 266  JST
                                             )
       *Plaintiff,*                         )        STIPULATED ORDER EXCLUDING TIME
       v.                                  )        UNDER THE SPEEDY TRIAL ACT
NATHANIEL  PORTER                            )
                                             )
                                             )
       *Defendant.*                        )

For the reasons stated by the parties on the record on ___9/16/25___, the Court excludes time
under the Speedy Trial Act from ___9/16/25___, to ___10/3/25___, and finds that
the ends of justice served by the continuance outweigh the best interest of the public and the defendant in
a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance
on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X    Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ___9/16/25___

                                    Thomas S. Hixson
                                    United States Magistrate Judge

STIPULATED: _____
               Attorney for Defendant           Assistant United States Attorney