UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>NATHANIEL PORTER,<br><br>　　Defendant. | CASE NO. 4:25-CR-00266-JST<br><br>[~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE |

Pursuant to 18 U.S.C. § 3142(c)(3), and for the reasons set forth in the application and declaration of counsel, it is hereby ordered that Defendant Nathaniel Porter's conditions of release are temporarily modified to permit him to leave the halfway house to attend the funeral of his girlfriend's father on December 4, 2025. Mr. Porter is ordered to return to the halfway house after the conclusion of funeral services, as directed by Pretrial Services.

**IT IS SO ORDERED.**

DATED: November 25, 2025

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge