UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATHANIEL PORTER,<br><br>  Defendant. | CASE NO. 4:25-CR-00266-JST<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Pursuant to 18 U.S.C. § 3142(c)(3), and for the reasons set forth in the application and declaration of counsel, it is hereby ordered that Defendant Nathaniel Porter's conditions of release are temporarily modified to permit him to leave the halfway house on December 24, 2025, and return to the halfway house on December 25, 2025, at times to be determined by Pretrial Services. Mr. Porter is ordered to reside at his mother's home in Oakland, CA on the night of December 24, 2025.

**IT IS SO ORDERED.**

DATED: December 18, 2025

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge