UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHANIEL PORTER,<br><br>    Defendant. | CASE NO. 4:25-CR-00266-JST<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Pursuant to 18 U.S.C. § 3142(c)(3), and for the reasons set forth in the application and declaration of counsel, it is hereby ordered that Defendant Nathaniel Porter's conditions of release are temporarily modified to permit him to leave the halfway house on January 17, 2026, and return to the halfway house on January 18, 2026, at times to be determined by Pretrial Services. Mr. Porter is ordered to reside at his mother's home in Oakland, CA on the night of January 17, 2026.

**IT IS SO ORDERED.**

DATED: January 15, 2026

The Honorable Thomas S. Hixson
United States Magistrate Judge